Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−18274−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jacqueline McFadden
   7 Hartman Drive
   Hamilton, NJ 08690

Social Security No.:
   xxx−xx−1212

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          10/23/24
Time:          10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 16, 2024
JAN: gan

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Jacqueline McFadden  
    Debtor

Case No. 24-18274-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Sep 16, 2024     Form ID: 132     Total Noticed: 11

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Jacqueline McFadden, 7 Hartman Drive, Hamilton, NJ 08690-2011 |
| 520369216 | + | State of New Jersey, PO Box 666, TRENTON, NJ 08646-0666 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 16 2024 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 16 2024 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520369217 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 16 2024 20:45:02 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 520383273 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 16 2024 20:45:02 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520369215 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 16 2024 20:32:00 | IRS, Cincinatti, OH 45999 |
| 520393214 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 16 2024 20:44:53 | MERRICK BANK/RESURGENT, CAPITAL SERVICE, PO BOX 10368, GREENVILLE, SC 29603-0368 |
| 520393213 | + | Email/Text: BKEBN-Notifications@ocwen.com | Sep 16 2024 20:31:00 | PHH MORTGAGE SERVICES, PO BOX 24606, WEST PALM BEACH, FL 33416-4606 |
| 520369214 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 16 2024 20:31:00 | PNC Bank, National Association, c/o PennyMac Loan Services, LLC, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520382903 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 16 2024 20:31:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520393212 | | Mark McFadden |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Sep 16, 2024 | Form ID: 132 | Total Noticed: 11

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2024 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| David Chapman | on behalf of Debtor Jacqueline McFadden chapmanlaw646@gmail.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4