Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−18274−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jacqueline McFadden
   7 Hartman Drive
   Hamilton, NJ 08690

Social Security No.:
   xxx−xx−1212

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/24/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 24, 2024
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re: Case No. 24-18274-MBK
Jacqueline McFadden  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Oct 24, 2024      Form ID: 148      Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Jacqueline McFadden, 7 Hartman Drive, Hamilton, NJ 08690-2011 |
| 520369216 | + | State of New Jersey, PO Box 666, TRENTON, NJ 08646-0666 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 24 2024 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 24 2024 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520369217 | | EDI: CAPITALONE.COM | Oct 25 2024 00:27:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 520383273 | + | EDI: AIS.COM | Oct 25 2024 00:28:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520369215 | | EDI: IRS.COM | Oct 25 2024 00:28:00 | IRS, Cincinatti, OH 45999 |
| 520393214 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 24 2024 20:40:47 | MERRICK BANK/RESURGENT, CAPITAL SERVICE, PO BOX 10368, GREENVILLE, SC 29603-0368 |
| 520393213 | + | EDI: LCIPHHMRGT | Oct 25 2024 00:27:00 | PHH MORTGAGE SERVICES, PO BOX 24606, WEST PALM BEACH, FL 33416-4606 |
| 520418237 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 24 2024 20:37:00 | PNC Bank, NA., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520369214 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 24 2024 20:37:00 | PNC Bank, National Association, c/o PennyMac Loan Services, LLC, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520382903 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 24 2024 20:37:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 520409187 | | Email/Text: bankruptcy@mtabt.org | Oct 24 2024 20:38:00 | Triborough Bridge and Tunnel Authority, TBTA Toll Group, 2 Broadway, 24th Floor, New York, NY 10004 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 24, 2024 | Form ID: 148 | Total Noticed: 13 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520393212 | | Mark McFadden |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2024          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| David Chapman | on behalf of Debtor Jacqueline McFadden chapmanlaw646@gmail.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Thomas James Swan | on behalf of Creditor NJ Division Of Taxation thomas.swan@law.njoag.gov |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5